GENE HALAVANAU, ESQ. (SBN 267280)
**Halavanau Law Office, P.C.**
1388 Sutter Street, Suite 1010
San Francisco CA  94109
Tel: 415-692-5301/ Fax: 415-692-8412
Email: gene@halavanau.com

Attorney for Plaintiff,
NORMAN KIZIRIAN

BLANE A. SMITH, ESQ. (SBN 96795)
COLE SMITH-CROWLEY, ESQ. (SBN 339066)
**LAW OFFICE OF BLANE A. SMITH**
455 University Ave, Suite 270
Sacramento, CA  95825
Tel:  (916) 679-1245/ Fax: (916) 515-9533
Email: bsmith@blanesmithlaw.com
          csmith@blanesmithlaw.com

Attorneys for Defendant,
AMERICAN MODERN PROPERTY AND
CASUALTY INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

| | |
|---|---|
| NORMAN KIZIRIAN,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY and DOES 1 TO 10,<br><br>Defendants. | Case No.  1:22-cv-00535-SKO<br>Assigned to:  Magistrate Judge Sheila K. Oberto<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>**(Doc. 15)**<br><br>Notice of Removal Filed: May 4, 2022 |

-1-

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

20096.105

## **ORDER**

The Parties' stipulation (Doc. 15) seeking modification of the August 18, 2022 Scheduling Order (Doc. 10) is APPROVED.

The August 18, 2022 Scheduling Order will be modified as follows:

1. Close of non-expert discovery is continued from March 3, 2023 to April 7, 2023;

2. Expert disclosures is continued from March 10, 2023 to April 14, 2023;

3. Rebuttal expert disclosure is continued from March 24, 2023 to April 28, 2023;

4. Close of expert discovery is continued from April 24, 2023 to May 30, 2023;

5. The date for filing non-dispositive motions is continued from May 1, 2023 to June 5, 2023;

6. The date for hearing non-dispositive motions is continued from June 6, 2023 to July 12, 2023.

Furthermore, the following deadlines in the Scheduling Order (Doc. 10) are hereby enlarged pursuant to the Court's schedule:

1. The date for filing dispositive motions is continued to June 26, 2023;

2. The date for the hearing on dispositive motions is continued to August 9, 2023;

3. The date for the pre-trial conference is continued to October 4, 2023;

4. The date for trial is continued to November 28, 2023.

The settlement conference set before Magistrate Judge Erica P. Grosjean on May 25, 2023, is VACATED.  The parties are to meet and confer and notify Judge Grosjean's chambers as to new proposed dates for a settlement conference to fall at least 90 days before the date of trial in this case.  The parties are advised that Judge Grosjean holds settlement conferences on Tuesdays and Thursdays at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **February 14, 2023**          /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE

---

-2-

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

20096.105